PAULINE M. CHIRLONIS, PETITIONER, v. BOARD OF REVIEW, RESPONDENT.

*Miss Pauline M. Chirlonis in propria persona.*

*Mr. Clarence F. McGovern* and *Mr. Edward A. Kaplan* for the respondent.

November 16, 1959.   Denied.

JOSEPH VIGORITO *ET AL.*, PLAINTIFFS-RESPONDENTS, v. LA FERA CONTRACTING CO., INC. *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Shaw, Pindar, McElroy, Connell & Foley* and *Mr. Theodore W. Geiser* for the petitioners.

*Messrs. Cole, Berman & Garth* for the respondents.

November 16, 1959.   Denied.